

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2022

No. 04-22-00091-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

On February 15, 2022, relator filed a petition for writ of mandamus. The respondent and real party in interest C.S., through his attorney ad litem, filed responses. We conditionally grant the petition for writ of mandamus and order the Honorable Mary Lou Alvarez to, no later than fifteen days from the date of this order, vacate the following decretal paragraphs in her "Special Status Hearing Order" rendered on February 9, 2022 and signed on February 10, 2022:

> 3.11. The Department will refer or send a letter of intent to enter a child specific contract, with a $500.00 (five hundred and 00/100 dollars) daily rate, to a minimum of 6 child placing agencies by close of business on February 11, 2022.

> 3.12 The Department will provide the child's attorney ad litem and the mother's attorney ad litem evidence of compliance with 3.1.1., above, by close of business on February 11, 2022.

*See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Mary Lou Alvarez fails to comply with this order.

This court's February 17, 2022 stay is LIFTED.

It is so **ORDERED** on June 22, 2022.

_____
Rebeca C. Martinez, Chief Justice

---

[1] This proceeding arises out of Cause No. 2021-PA-02064, styled *In the Interest of C.S., a Child*, pending in the 285th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2022.

Michael A. Cruz, Clerk of Court